No. 516. PACIFIC FAR EAST LINE, INC. *v.* JONES STEVEDORING Co. C. A. 9th Cir. Certiorari denied. *John Hays* for petitioner. 

No. 517. HUNTER *v.* TALBOT. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Joseph M. Howard* for respondent. 

No. 519. GISH *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 522. BOUGHNER *v.* SCHULZE, SPECIAL AGENT, INTERNAL REVENUE SERVICE, ET AL. C. A. 7th Cir. Certiorari denied. *William A. Barnett* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *Burton Berkley* for respondent Schulze. 

No. 524. SCHWARTZ, EXECUTRIX *v.* THE NASSAU ET AL. C. A. 2d Cir. Certiorari denied. *Henry Wimpfheimer* for petitioner. *J. Daniel Dougherty* and *Charles N. Fiddler* for respondents. 

No. 587, Misc. SCHLETTE *v.* HALBERT, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for respondent Halbert.

No. 483. GRAY *v.* WILSON, WARDEN. C. A. 9th Cir. Motion for leave to file supplement to petition granted. Certiorari denied. *Marshall W. Krause* and *Lawrence Speiser* for petitioner.